**UNPUBLISHED**

FILED: June 7, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 16-4441
(3:15-cr-00034-RJC-1)
———————————

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JESMENE LOCKHART, a/k/a Jesmene Laquin-Montre Lockhart, a/k/a Jasmene
Lockhart

      Defendant - Appellant

———————————

O R D E R
———————————

A majority of judges in regular active service and not disqualified having
voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 16 additional paper copies of their briefs and appendices
previously filed in this case within 10 days.

This case is tentatively calendared for oral argument before the en banc court

on September 19, 2019, in Richmond, Virginia.

For the Court

/s/ Patricia S. Connor, Clerk